NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3094

STEPHEN W. GINGERY,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. CH3443060582-M-1.

ON MOTION

ORDER

The petitioner moves for a 30-day extension of time to file his informal reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The petitioner's informal reply brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAY 0 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Stephen W. Gingery
       Devin A. Wolak, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 6 2010

JAN HORBALY
CLERK